# HOUSE OF SEAGRAM, INC. *v.* STATE LIQUOR AUTHORITY ET AL.

No. 563.   Decided December 8, 1969

*H. Gardner Ingraham* and *Emanuel Becker* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Grace K. Banoff* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.